UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
STEPHEN FLANAGAN, as a Trustee of the
General Building Laborers' Local 66
Pension Fund, et. al.

      -V-                                ORDER TO SHOW CAUSE
                                           CV-05-0691 (DRH) (AKT)

W.F. WALSH-STRUCTURES, CORP.,
WILLIAM F. WALSH
------------------------------------------------------X
For Plaintiffs:

ALICIA M. GRYN, ESQ.
WILLIAM T. LA VELLE, P.C.
57 East Main Street
Patchogue, NY 11772

     No action has taken place in this case since the filing of affidavits of service on April 3, 2006.

     Counsel for the plaintiffs is directed to serve and file a response indicating the status of the case on or before August 10, 2007, or the case will be dismissed for failure to prosecute.

**FAILURE TO RESPOND TO THIS REQUEST WILL RESULT IN THE DISMISSAL OF THIS ACTION.**

DATED: Central Islip, New York
          July 6, 2007

                                                    /s/
                                        DENIS R. HURLEY
                                UNITED STATES DISTRICT JUDGE